**FORM B9A** (Individual–No Asset) (4/14/05)

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF District of Oregon<br><br>Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, Deadlines, *Proposed Case Dismissal,* and Trustee Appointment | U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>**F I L E D**<br>September 29, 2005<br>Clerk, U.S. Bankruptcy Court<br>BY **pjk** DEPUTY |

A Chapter 7 bankruptcy case concerning the debtor(s) named below was FILED ON 9/27/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office.
NOTE: The staff of the bankruptcy clerk's office is forbidden by law from giving legal advice.

### SEE REVERSE SIDE FOR IMPORTANT EXPLANATIONS

| Debtor(s) (name(s) and address):<br><br>**Aleksandr V Sidletskiy**<br><br>18023 SE Arista Dr<br>Portland, OR 97267 | Case Number: **05–42187–tmb7**<br>Soc. Sec./Taxpayer ID Nos.: xxx–xx–1719<br>Debtor(s) Attorney:<br>  BRIAN D. TURNER<br>  LEGAL HELPERS<br>  621 SW MORRISON #1060<br>  PORTLAND, OR 97205<br>  Telephone No.: (503) 223–4455<br>Trustee:<br>  Thomas M Renn<br>  POB 91399<br>  Portland, OR 97291–0399<br>  Telephone No.: (503) 643–8842 |

*DO **NOT** FILE A PROOF OF CLAIM UNLESS YOU RECEIVE A NOTICE TO DO SO!*

### Meeting of Creditors

**November 7, 2005** AT **02:30 PM** IN **US Trustee's Office, 620 SW Main St Rm 223, Portland, OR 97205**
  **(NOTE: NOT at Mult. Co. Cthse!)**

### Deadlines
**Documents must be *received* by the bankruptcy clerk's office by the following deadlines:**

*DEADLINE* to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 1/6/06
*DEADLINE* to Object to Exemptions: Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Notice of Proposed Dismissal of Case

**YOU ARE NOTIFIED** this case may be dismissed without further notice if the debtor(s) fail to either complete the meeting of creditors set above, or timely file any documents and/or make fee payments as ordered by the court, unless within 20 days of the above "FILED" date a party in interest files a written objection to dismissal, *setting forth* specific grounds, with the Clerk of Court AND sends copies to BOTH the debtor's attorney (or debtor if pro se) AND trustee.
  **IMPORTANT:** Unless you receive an Order of Dismissal from this court, this case is active and the automatic stay is in effect!

### Trustee Appointment

The trustee named above is hereby appointed as interim trustee in this case. Such trustee's bond shall be the blanket bond heretofore approved and filed with the U.S. Bankruptcy Court Clerk.

UNITED STATES TRUSTEE

*DO NOT FILE A PROOF OF CLAIM UNLESS YOU RECEIVE A NOTICE TO DO SO!*

| **Bankruptcy Clerk's Office:**<br><br>Phone: 503–326–2231   Office Hours: 9:00AM–4:30PM<br><br>Paper Document Filing Location: See Information on Back | **For the Court:**<br><br>Date: 9/29/05   Clerk, U.S. Bankruptcy Court |

FORM B9A (4/14/05)

# EXPLANATIONS

| | |
|---|---|
| **Filing of Chapter 7 Bankruptcy Case** | A bankruptcy case under Chapter 7 of the Bankruptcy Code (Title 11, United States Code) has been filed in this court by the debtor(s) named on the front side, and an order for relief has been entered. |
| **Relief from Stay** | Requests for *NON*–judicial relief from the stay of §362(a) of the Bankruptcy Code, which limits actions to recover debtor's property, must comply with Local Form #715. Requests for judicial relief must comply with Local Form #720.50. |
| **Creditors May Not Take Certain Actions** | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| **Meeting of Creditors** | The *DEBTOR* (both husband and wife in a joint case) *IS REQUIRED TO ATTEND AND COMPLETE* the meeting of creditors scheduled for the date, time and location listed on the front side *OR THIS CASE MAY BE DISMISSED!* **IMPORTANT NOTES:** (1) This meeting is **NOT** held at the court; AND (2) Debtor must provide a photo ID (e.g., driver's license; federal, state, student or military ID; U.S. passport; or resident alien card). Debtor must also provide proof of reported social security number (e.g., social security card; medical insurance card; pay stub; W–2 form; IRS form 1099; or Social Security Admin. report). **Original photo IDs and other documents are required.** Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| **Do Not File a Proof of Claim at This Time** | There does not appear to be any property available to the trustee to pay creditors. *YOU THEREFORE SHOULD **NOT** FILE A PROOF OF CLAIM AT THIS TIME.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim and the deadline for filing your proof of claim, and providing you with a partially completed proof of claim form. |
| **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| **Exempt Property** | The debtor is permitted by law to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive that objection by the "Deadline to Object to Exemptions" listed on the front side. |
| **Bankruptcy Court Clerk's Office (Document Filing, and Copies)** | Any PAPER document that you file in this bankruptcy case (i.e., one not filed electronically via the Internet) must be filed at:<br>U.S. Bankruptcy Court<br>1001 SW 5th Ave #700<br>Portland, OR 97204<br>*(**IMPORTANT NOTE:** The Meeting of Creditors is **NOT** held at this address!)*<br><br>You may inspect all filed documents, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. A deputy clerk will make copies of paper documents for 50¢ a page (e.g., Schedules average $10). Additionally, but only in the Portland office as the Eugene vendor quit, you may make copies of paper documents for 15¢ a page. If the document is available as an electronic image, then you may make copies for 10¢ per page using a public access terminal at either court office. Written requests for copies of court documents must include a self addressed and stamped 9" x 12" envelope, a $26 search fee and the appropriate copy fee. |
| **Internet Access, Information and Legal Advice** | Court, and most case information, may also be accessed via the court's website at www.orb.uscourts.gov. For account numbers, etc. contact the debtor's attorney. Contact your *OWN* attorney with other questions and to protect your rights. The clerk's office staff is forbidden by law from giving legal advice! |

–– Refer to Other Side for Important Deadlines and Notices ––

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0979-3          User: pj                 Page 1 of 1              Date Rcvd: Sep 29, 2005
Case: 05-42187                Form ID: B9A             Total Served: 16

The following entities were served by first class mail on Oct 01, 2005.
db         +Aleksandr V Sidletskiy,   18023 SE Arista Dr,   Portland, OR 97267-6040
aty        +BRIAN D. TURNER,   LEGAL HELPERS,   621 SW MORRISON #1060,   PORTLAND, OR 97205-3829
tr          Thomas M Renn,   POB 91399,   Portland, OR 97291-0399
smg        +Dept of Justice,   Division of Child Support,   Attn: Bankruptcy Unit,   POB 14670,
             Salem, OR 97309-5013
smg        +US Attorney,   US Attorney,   1000 SW 3rd Ave #600,   Portland, OR 97204-2936
smg        +US Attorney General,   Department of Justice,   10th & Constitution NW,   Washington, DC 20530-0001
ust        +US Trustee, Portland,   620 SW Main St Rm 213,   Portland, OR 97205-3026
6009030    +Alliance One,   1160 Centre Pointe Dr Ste 1,   Saint Paul, MN 55120-1270
6009031    +ER Solutions,   500 SW 7th St. #A100,   P.O. Box 9004,   Renton, WA 98057-9004
6009032    +GMAC,   PO Box 901009,   Fort Worth, TX 76101-2009
6009033    +IC System Inc,   44 Highway 96 E,   PO Box 64887,   Saint Paul, MN 55164-0887
6009034    +IRS Insolvency Unit III,   1220 SW 3rd Ave M/S O240,   Portland, OR 97204-2999
6009035    +NCO Financial Systems,   Dept 300,   180H Washington Blvd,   Baltimore, MD 21201-3802
6009036    +Paypal Buyer Credit,   PO Box 960080,   Orlando, FL 32896-0080

The following entities were served by electronic transmission on Sep 30, 2005 and receipt of the transmission
was confirmed on:
smg        +EDI: IRS.COM Sep 30 2005 09:07:00      IRS,   IRS,   PO Box 21126,   Philadelphia, PA 19114-0326
smg        +EDI: IRS.COM Sep 30 2005 09:07:00      IRS Spec Proc,   IRS-Spec Proc,   1220 SW 3rd Ave,   M/S O240,
             Portland, OR 97204-2825
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 01, 2005**                          **Signature:**  *Joseph Speetjens*